# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>MARCOS ALEJANDRO LEON-SANCHEZ, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01561-APG-BNW<br><br>**Order Dismissing Unserved Defendants** |

On December 2, 2020, the plaintiff was advised by the court that this action would be dismissed without prejudice as to defendants Whitney Milian-Concepcion and Dennis Leonardo Reconco Umanzor unless by January 1, 2021, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. ECF No. 11.  The plaintiff has failed to file proof of service nor shown good cause why service was not made.  Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to these defendants under Federal Rule of Civil Procedure 4(m).

I THEREFORE ORDER that this case is DISMISSED without prejudice only as to defendants Whitney Milian-Concepcion and Dennis Leonardo Reconco Umanzor.

DATED this 5th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE