William C. Reeves - 183878
MORALES FIERRO & REEVES
600 S Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702 /699-9455
Email: wreeves@mfrlegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>MARCOS LEON-SANCHEZ, et al.,<br><br>   Defendants. | Case No.: 2:20-cv-01561-APG-BNW<br><br>STIPULATION TO EXTEND THE DISCOVERY DEADLINE<br><br>SECOND REQUEST |

Plaintiff The Hertz Corporation ("Hertz") and Defendant Eroddys Carrillo Diaz ("Diaz"), by and through counsel, stipulate and agree as follows:[1]

WHEREAS, Hertz recently filed a Motion to Compel ("Motion") with this Court [Dkt. No. 38] seeking to compel Diaz to submit to a deposition and respond to written discovery;

WHEREAS, this Court issued a Minute Order [Dkt. No. 39] denying the Motion without prejudice while ordering the parties to further meet and confer;

WHEREAS, based on further efforts to meet and confer, Diaz has agreed to respond to the written discovery by January 20, 2022 while also agreeing to produce his client for deposition on February 18, 2022;

WHEREAS, this Court previously issued a Minute Order [Dkt. No. 37] in which it agreed to extend the discovery deadline to January 24, 2022;

---

[1] While the First Amended Complaint [Dkt. No. 12] names other parties as defendants, none have appeared such that Hertz and Diaz are the only parties to this case.

---

1

STIPULATION                                                      Case No.: 2:20-cv-01561-APG-BNW

1 | WHEREFORE, the parties are agreeable to extending the deadline to complete discovery to
2 | February 18, 2022.
3 |      IT IS SO AGREED.
4 | Dated: January 19, 2022

| MORALES FIERRO & REEVES | TANNER CHURCHILL ANDERSON |
|---|---|
| By /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Plaintiff | By /s/ Jared B. Anderson<br>Jared B. Anderson<br>Attorneys for Defendant |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:24 pm, January 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**