William C. Reeves - 183878
MORALES FIERRO & REEVES
600 S Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702 /699-9455
Email: wreeves@mfrlegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE HERTZ CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARCOS LEON-SANCHEZ, et al.,<br><br>　　　　Defendants. | Case No.: 2:20-cv-01561-APG-BNW<br><br>STIPULATION TO PERMIT FOR DISCOVERY TO BE COMPETED BEYOND THE DISCOVERY DEADLINE |

Plaintiff The Hertz Corporation ("Hertz") and Defendant Eroddys Carrillo Diaz ("Diaz"), by and through counsel, stipulate and agree as follows:[1]

WHEREAS, this matter involves an insurance coverage dispute involving claims arising from multiple vehicle accidents in which Hertz has alleged that the accidents may have been staged;

WHEREAS, the current deadline to complete discovery is April 1, 2022;

WHEREAS, this Court, in connection with an Application for Contempt Orders [Dkt. No. 40] that Hertz filed, recently granted the motion in part and directed counsel for Hertz to attempt to reschedule the depositions of third party witnesses Katherin Valdes Garcia ("Garcia") and Marcos Leon Sanchez ("Sanchez") while separately scheduling a hearing on an Order to Show Cause for May 23, 2022 [Dkt. No. 49];

WHEREAS, the depositions of third party witnesses Yanier Dieguez ("Dieguez"); Haydee

---

[1] While the First Amended Complaint [Dkt. No. 12] names other parties as defendants, none have appeared such that Hertz and Diaz are the only parties to this case.

Villazan ("Villazan") and Rommel Dolmusmunguia ("Rommel") could not be completed as none of the individuals could be located so as to serve each with subpoenas;

WHEREAS, the deposition of Diaz has not yet been completed;

WHEREFORE, the parties stipulate and agree to permit for the depositions of Diaz, Garcia and Sanchez to be taken up until May 22, 2022.

IT IS SO AGREED.

Dated: April 4, 2022

| MORALES FIERRO & REEVES | TANNER CHURCHILL ANDERSON |
|---|---|
| By  /s/ William C. Reeves  <br>William C. Reeves  <br>Attorneys for Plaintiff | By  /s/ Jared B. Anderson  <br>Jared B. Anderson  <br>Attorneys for Defendant |

## ORDER
**IT IS SO ORDERED**

**DATED:** 1:53 pm, April 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**