# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HERTZ CORPORATION, | Case No.: 2:20-cv-01561-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 54] |
| MARCOS ALEJANDRO LEON-SANCHEZ, et al., | |
| Defendants | |

Plaintiff The Hertz Corporation filed a notice of dismissal under Federal Rule of Civil Procedure 41, seeking to voluntarily dismiss its claims without prejudice against any remaining defendants. ECF No. 54.

I ORDER that any defendant who objects to dismissal without prejudice has until March 27, 2023 to object.

DATED this 17th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE