# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HERTZ CORPORATION, | Case No.: 2:20-cv-01561-APG-BNW |
| Plaintiff | **Order** |
| v. | [ECF No. 54] |
| MARCOS ALEJANDRO LEON-SANCHEZ, et al., | |
| Defendants | |

Plaintiff The Hertz Corporation filed a notice of dismissal under Federal Rule of Civil Procedure 41, seeking to voluntarily dismiss its claims without prejudice against any remaining defendants. ECF No. 54.  I ordered any defendant who objected to dismissal without prejudice to respond by March 27, 2023.  No defendant objected.

I THEREFORE ORDER that plaintiff The Hertz Corporation's claims against the remaining defendants are DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 28th day of March, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE